Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

GRANTED
Judge Yvonne Gonzalez Rogers
10/25/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| STACEY INOCENCIO,<br><br>              Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br><br><br>              Defendants. | Federal Case No.: 4:16-CV-05682-YGR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BRIDGEPORT FINANCIAL, INC.; RASH CURTIS & ASSOCIATES, PREFERRED CREDIT, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Stacey Inocencio, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendants Bridgeport Financial, Inc.; Rash Curtis & Associates; Preferred Credit, Inc.; Experian Information Solutions Inc., and Equifax, Inc., as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants Bridgeport Financial, Inc., Rash Curtis & Associates, Preferred Credit, Inc., Experian Information Solutions, Inc., and Equifax, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against all named Defendants for all purposes and without an Order of the Court.

Dated: October 21, 2016                                Sagaria Law, P.C.

By: _/s/ Elliot W. Gale_
Elliot W. Gale
Attorneys for Plaintiff
Stacey Inocencio